UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Franz Lakey, Yvonne Christine | Docket No. | 0980 1:18CR02040-LRS-4 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Yvonne Christine Franz Lakey, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 20th day of July 2018, under the following conditions:

**Special Condition #3:** Defendant shall avoid all contact, direct or indirect, with any codefendants or persons who defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Having contact with her mother, Diane Seymour, on July 28, 2018, who has been established as a potential witness in the subject investigation or prosecution.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 31, 2018

by s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

7/31/2018

Date