PS 42
(Rev 07/93)

United States District Court

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| **Yvonne Christine Franz Lakey** ) | Case No. 1:18-cr-02040-LRS-4 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Yvonne C. Franz Lakey, have discussed with Linda Leavitt, Pretrial Services/Probation Officer, modification of my release as follows:

**Modification of Special Condition #3:** Defendant shall avoid all contact, direct or indirect, with any codefendants or persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution.

Ms. Franz Lakey was released onto pretrial supervision July 20, 2018, with the condition the defendant shall avoid all contact, direct or indirect, with any codefendants or person who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution.

It is respectfully requested the Court modify the defendant's conditions of release as follows:

**Special Condition #3:** Defendant is permitted to have contact with her mother/potential witness, Diane Seymour, in order to assist with daily needs, medical care and financial assistance. Neither party may discuss the pending case with each other and/or other codefendants.

When Ms. Franz Lakey released onto pretrial supervision, she advised this officer her mother, Diane Seymour, has been suffering with depression and possibly early symptoms of Alzheimer's disease for several years. Ms. Franz Lakey advised her maternal grandmother also suffers with Alzheimer's disease. Ms. Seymour is a potential witness in the instant federal offense. Ms. Franz Lakey advised she is an only child and has been assisting her mother for several years, being responsible for Ms. Seymour's financial obligations by paying her bills and her mortgage for her. Ms. Franz Lakey advised she is an authorized user on her mother's credit cards and accounts, therefore, she will need to maintain contact with Ms. Seymour in order to assist with financial matters. Ms. Franz Lakey is also requesting permission to assist her mother with medical appointments, daily living needs and remain her mother's emergency contact.

Ms. Franz Lakey is required to submit random urine tests each month. She has submitted random urine samples since her release from confinement, all of which have tested negative. Ms. Franz Lakey has enrolled in chemical dependency treatment and attends treatment groups every Tuesday, Wednesday and Thursday at Merit Resource Services.

On August 30, 2018, this officer received a written declaration from Ms. Franz Lakey's attorney written by her mother advising all parties she needs Ms. Franz Lakey's assistance for daily living, finances, legal, medical, and transportation needs.

Defense counsel and the Assistant United States Attorney have been contacted, both agree with the above modification request.

I consent to this modification of my release conditions and agree to abide by this modification.

| _Yvonne Lakey_ 9/4/18 | _[signature]_ 9/10/18 |
|---|---|
| Signature of Defendant  Date | Pretrial Services/Probation  Date |
| Yvonne Franz Lakey | Linda Leavitt |

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_       9/4/18

Signature of Defense Counsel       Date
Kenneth D Therrien

[X]  The above modification of conditions of release is ordered, to be effective on 9/10/2018.

[ ]  The above modification of conditions of release is not ordered.

_M. K. Dimke_        9/10/2018

Signature of Judicial Officer       Date

The Court notes that this modification was enacted through oral permission as of 8/30/2018, but due to various parties being out of the district, was reduced to a written order in this document on 9/10/2018. (MKD)