# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>  -vs-<br><br>YVONNE CHRISTINE FRANZ LAKEY,<br><br>                        Defendant. | **Case No.**    **1:18-CR-02040-SAB-4**<br>**CRIMINAL MINUTES**<br><br>**DATE:**    **JULY 31, 2019**<br>**LOCATION:**  **YAKIMA**<br><br>**SENTENCING HEARING** |

| Hon. STANLEY A. BASTIAN | | |
|---|---|---|
| Erin R. Sinclair | 02 | Ronelle F. Corbey |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Ian L. Garrigues | | Kenneth D. Therrien |
| **Government's Counsel** | | **Defendant's Counsel** |
| **United States Probation Officer:**  No appearance | | |

**[X] Open Court**             **[ ] Chambers**             **[ ] Telecon**

The Defendant was present, not in custody of the U.S. Marshals Service, and represented by her court appointed attorney.

Preliminary comments by the Court.  Mr. Garrigues presented sentencing recommendations and Mr. Therrien requested the Court use sentencing guidelines laid out in the Plea Agreement.

Recess:  2:30 p.m. – 2:40 p.m.

Mr. Therrien continued with sentencing recommendations; Government responded.  Ms. Lakey addressed the Court on her behalf.

Sentence:  Time served.
Supervised Release: 4 years
Fine: Waived
SPA: $100.00
Conditions of Supervised Release: Mandatory, Standard and Special conditions listed in the Judgment.

Remaining counts dismissed upon Government's oral motion.

## [X]  ORDER FORTHCOMING

| CONVENED: 2:22 P.M. | ADJOURNED: 3:00 P.M. | TIME: 28 MINS. | CALENDARED  [N/A] |
|---|---|---|---|